**Gary SLEZAK, Plaintiff–Appellant,**

v.

**William D. CATOE, Director of the South Carolina Department of Corrections, in his official and individual capacities, Defendant–Appellee.**

No. 01–6153.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Gary Slezak, pro se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, SC, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Gary R. Slezak appeals from the denial of relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court.* *Slezak v. Catoe,* No. CA–99–1798–

---

* Although the district court states in its November 2000 order that Slezak retained the right

to pursue claims other than his First Amendment claim, its September 2000 order states

22RB (D.S.C. Sept. 7, 2000; filed Nov. 14, 2000, entered Nov. 17, 2000; Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

that summary judgment was entered against Slezak with prejudice as to all other claims.

Therefore, the statement in the court's November 2000 order is erroneous.